IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR N. WRIGHT,

    Plaintiff,

v.                                                    4:17cv463–WS/GRJ

JULIE JONES, et al.,

    Defendants.

_____

ORDER OF DENYING PLAINTIFF'S PENDING MOTIONS

Before the court is the magistrate judge's report and recommendation (doc. 22) docketed October 31, 2018. The magistrate judge recommends that Plaintiff's pending post-judgment motions (ECF Nos. 19, 20, and 21) be denied, namely his Motion for Sanctions and/or Writ of Prohibition Pursuant to Renewal of Jurisdiction (ECF No. 19), his Motion for Extraordinary Writ to Reopen or Re-visit, Pursuant to Falsification of the Plaintiff's Pleadings and Confirmed Evidence of Imminent Danger (ECF No. 20), and his Emergency Motion for In-camera Inspection Via Telephonic Hearing (ECF No. 21). The magistrate judge construed

these motions, collectively, as motions for relief from judgment pursuant to Fed. R. Civ. P. 60(b).

Plaintiff's copy of the report and recommendation was returned to the court marked "return to sender; not deliverable as addressed; unable to forward." (ECF 23). When the court later received a notice (ECF 25) of change of address from Plaintiff, the clerk resent a copy of the report and recommendation to Plaintiff's new address. (ECF 29). Again, Plaintiff's copy of the report and recommendation was returned to the court, this time with an explanation provided by a Department of Corrections mail room officer, stating: "Inmate Wright is required to sign for legal mail. Inmate Wright refused to sign for or take possession of the legal mail sent to him." (ECF 31).

The court has reviewed the record and—like the magistrate judge—finds that Plaintiff has failed to establish that he is entitled to the relief he requests.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's pending motions (docs. 19, 20, and 21), construed as motions for relief from judgment pursuant to Fed. R. Civ. P. 60(b), are DENIED.

DONE AND ORDERED this   18th   day of    December   , 2018.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE